UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-111(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| ASHANTI NADJARI WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-111

Defendant Name

Ashanti Nadjari Washington

Remove AUSA

James E. Lackner

Add AUSA

Joseph T. Dixon

Dated: August 9, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: James E. Lackner
First Assistant U.S. Attorney