A0 44. (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
AUG 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Ashanti Najari Washington

## WARRANT FOR ARREST

CASE NUMBER: **CR 00-111 JMR/FLN**

0641 - 0807 - 1309 - 0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Ashanti Najari Washington

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

(By) Jackie Ellingson, Deputy Clerk

August 4, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 8-4-06
ARRESTED USMS
DISTRICT OF MINNESOTA
BY

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 AUG -7 P 2:51

SCANNED
AUG 10 2006
U.S. DISTRICT COURT MPLS