**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# SUPERVISED RELEASE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

ASHANTI NADJAIRI WASHINGTON,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: DONOVAN W. FRANK
U.S. Judge

Case No: 00-111(01)(JMR/FLN)
Date: September 25, 2006
Court Reporter: Lorilee Fink
Tape Number:
Time Commenced: 1:20
Time Concluded: 1:30
Time in Court: Hours & 10 Minutes

## APPEARANCES:

Plaintiff: JOSEPH DIXON, LISA KIRKPATRICK, Assistant U.S. Attorney
Defendant: JOHN FOSSUM ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Supervised Release Violation - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☒ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☒ Defendant sentenced to **Bureau of Prisons for 18 months to be served consecutive to 72 month sentence received in case no. 06-107(01)(DWF/SRN).**
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued.
☐ Defendant, as an added condition of supervision, is sentenced to:

s/Lowell Lindquist
Deputy Clerk