AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**ASHANTI NADJARI WASHINGTON**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-111(01)(JMR/FLN)**
USM Number: **09346-041**
Social Security Number: **6068**
Date of Birth: **1979**

**John L. Fossum**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Defendant committed another robbery | 3/14/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**SEPTEMBER 25, 2006**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**SEPTEMBER 26, 2006**
Date

DEFENDANT: ASHANTI NADJARI WASHINGTON
CASE NUMBER: 00-111(01)(JMR/FLN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **18 MONTHS with no supervised release term to follow on this revocation case only. This 18-month sentence is to be served consecutively to the 72-month prison sentence received in CR 06-107(01)(DWF/SRN).**

[**X**] The court makes the following recommendations to the Bureau of Prisons:

**1. The Defendant be confined in a prison facility in the State of Minnesota or in the alternative FCI-Oxford, Wisconsin, to be close to family and his unborn child.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on __________________ to __________________________

at ______________________, with a certified copy of this judgment.

____________________________
United States Marshal

By ____________________________
Deputy United States Marshal